UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION AT COVINGTON

CIVIL ACTION NO. 2:15-cv-168 (WOB-CJS)

JOHN P. NEBLETT                                              PLAINTIFF

VS.                          **JUDGMENT**

LOUIS J. BROTHERS, ET AL.                                    DEFENDANTS

Pursuant to the Memorandum Opinion and Order entered July 3, 2018 (Doc. 251), and Federal Rule of Civil Procedure 58,

**IT IS HEREBY ORDERED AND ADJUDGED** that:

(1) Judgment is entered in favor of Defendants Aeroflex Colorado Springs, Inc.; Aeroflex, Inc.; Avnet, Inc.; Quality Components, Inc.; and Xilinx, Inc.;

(2) The Complaint (Doc. 115-2), is **DISMISSED WITH PREJUDICE;** and

(3) This matter is **STRICKEN** from the Court's docket.

This 25th day of June 2019.



Signed By:
*William O. Bertelsman* WOB
United States District Judge